6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

USA                                    §
                                       §
vs.                                    §        NO:  SA:19-CR-00370(18)-XR
                                       §
(18) Michael Aragon                    §


## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.


6-17-2022
**Date**

**Defendant**

PAUL J. SMITH
**Name of Attorney for Defendant (Print)**

6-17-2022
**Date**

**Signature of Attorney for Defendant**